**BULEN, Plaintiff-Appellant, v. MOODY, et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 3766.   Decided May 16, 1945.

Messrs. Cowan & Adams, Columbus, for defendants-appellees, Berdina K. Moody and Anna S. Armentrout, and for the motion.

Allen I. Pretzman, Columbus, for plaintiff-appellant, and contra the motion.

Harley W. Peters, Columbus, for defendant-appellee, City of Bexley.

**OPINION**

BY THE COURT:

Submitted on motion of defendants-appellees to strike the bill of exceptions from the files for the reason that it was not filed in the Common Pleas Court within forty days from the judgment and the entry overruling the motion for new trial.

The motion will be sustained upon the authority of **In re Lowry, 140 Oh St 223; Western Reserve Mutual Casualty Co. v Holstein, 72 Oh. Ap. 65; State, ex rel. Merion v Van Sickle, et al., 42 Abs. 33, 59 N. E. (2d), 383.**

HORNBECK, P J., GEIGER and MILLER, JJ., concur.